# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-3649
LT Case No. 2012-CF-602

———————————————

LARRY A. GIBBS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Nassau County.
James Hunt Daniel, Judge.

Larry A. Gibbs, Graceville, pro se.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant
Attorney General, Tallahassee, for Appellee.

July 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____